# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

SCOTT L. STAEGE,

                                          ORDER

    Plaintiff,

v.

                                  Case No.: 09-CV-367

MICHAEL ASTRUE,

Commissioner of Social Security

    Defendant.

---

    Upon the motion of the plaintiff filed pursuant to F.R.C.P. Rule 41 (A)(2), and based on the papers on file herein and the failure of the defendant to issue an objection,

    **IT IS HEREBY ORDERED** that this matter is dismissed pursuant to F.R.C.P. Rule 41(A)(2).

*Barbara B. Crabb*
~~Magistrate~~ Judge ~~Stephen L. Crocker~~
District

Nov. 30, 2009